IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
Central Division

| | |
|---|---|
| LISA LEEK, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-04144-MDH |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |

## JOINT STATUS REPORT ON DISCOVERY

Per the scheduling order, the parties are to provide a joint status report on discovery. The parties have already executed a Settlement Agreement and Plaintiff is awaiting payment. The Plaintiff intends to dismiss this matter upon receipt of the payment; therefore, discovery is moot.

By: */s/ Michelle M. Funkenbusch*

Michelle M. Funkenbusch, Bar # 48603
mmf@SaintLouisLegal.com
2901 Dougherty Ferry Rd., Suite 100
St. Louis, MO 63122
Phone: (314)338-3500
Mobile: (314)799-6602
Attorney for Plaintiff

/s/ *Charles M. Thomas*

Charles M. Thomas, Bar # 28522
Assistant United States Attorney United States Attorney's Office
Courthouse 400 East Ninth Street, Room 5510
Kansas City, MO 64106
Phone: (816) 426-3130
Email: charles.thomas@usdoj.gov
Attorney for Defendant