# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| LISA LEEK, | ) |
|     Plaintiff, | ) |
| v. | ) Civil No. 2:21-cv-04144-MDH |
| UNITED STATES OF AMERICA, | ) |
|     Defendant. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

By and through their attorneys of record, Plaintiff and Defendant stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action be dismissed with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

LAW OFFICE OF MICHELLE M. FUNKENBUSCH

By   **/s/ Michelle M Funkenbusch**
Michelle M. Funkenbusch, MO #48603
2901 Dougherty Ferry Rd., Suite 100
St. Louis, MO 63122
Phone: 314-338-3500
Facsimile: 314-270-8103
Email: *mmf@SaintLouisLegal.com*
ATTORNEY FOR PLAINTIFF

Teresa A. Moore
Acting United States Attorney

By   **/s/ Charles M. Thomas**
Charles M. Thomas, MO #28522
Assistant United States Attorney
United States Attorney's Office
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Phone: (816) 426-3130
Facsimile: (816) 426-3165
Email: charles.thomas@usdoj.gov
ATTORNEY FOR DEFENDANT